# United States Bankruptcy Court
## Eastern District of Michigan

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 126,825.00 | | |
| B - Personal Property | Yes | 5 | 51,855.47 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 222,889.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 194,059.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,599.60 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,598.33 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | | Total Assets | 178,680.47 | | |
| | | | Total Liabilities | 418,749.27 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,800.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 167,070.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 168,870.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 4,599.60 |
| Average Expenses (from Schedule J, Line 22) | 4,598.33 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,292.37 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 65,726.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 1,800.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 194,059.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 259,785.67 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **DEBTORS' RESIDENCE<br>52414 FORD LANE<br>CHESTERFIELD, MI 48047<br>SEV=84,550<br>PAYMENT=$1,528.17<br>(HUSBAND AND WIFE ARE JOINT ON DEED)** | **FEE SIMPLE SUBJECT TO MORTGAGE** | **J** | **126,825.00** | **183,677.00** |

Sub-Total > **126,825.00** (Total of this page)

Total > **126,825.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND-HUSBAND** | **H** | **10.00** |
| | | **CASH ON HAND-WIFE** | **W** | **10.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SAVINGS ACCOUNT CREDIT UNION ONE ACCOUNT #***60871-S1 (HUSBAND ONLY ON ACCOUNT)** | **H** | **5.30** |
| | | **SAVINGS ACCOUNT PNC BANK ACCOUNT #****3278 (WIFE IS JOINT WITH MINOR SON AS CUSTODIAN FOR UMIUTMA ACCOUNT)** | **J** | **2.38** |
| | | **CHECKING ACCOUNT PNC BANK ACCOUNT #****7549 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT)** | **J** | **800.00** |
| | | **PAYPAL ACCOUNT-WIFE** | **W** | **1.00** |
| | | **SAVINGS ACCOUNT PNC BANK ACCOUNT #****3765 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT)** | **J** | **435.01** |
| | | **SAVINGS ACCOUNT PNC BANK ACCOUNT #****8303 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT. ACCOUNT HAS A ZERO BALANCE)** | **J** | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD FURNITURE AND APPLIANCES-HUSBAND** | **H** | **1,000.00** |

Sub-Total > **2,263.69**
(Total of this page)

**4** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | HOUSEHOLD FURNITURE AND APPLIANCES-WIFE | W | 1,000.00 |
| | | COMPUTER, PRINTER AND OFFICE FURNITURE-HUSBAND | H | 50.00 |
| | | COMPUTER, PRINTER AND OFFICE FURNITURE-WIFE | W | 50.00 |
| | | CELL PHONE-iPHONE 6 (HUSBAND) | H | 400.00 |
| | | CELL PHONE-iPHONE 6 (WIFE) | W | 400.00 |
| | | BICYCLE-HUSBAND | H | 25.00 |
| | | BICYCLE-WIFE | W | 25.00 |
| | | CARPENTERS TOOLS-HUSBAND | H | 25.00 |
| | | CARPENTERS TOOLS-WIFE | W | 25.00 |
| | | LAWN MOWER-HUSBAND | H | 50.00 |
| | | LAWN MOWER-WIFE | W | 50.00 |
| | | YARD TOOLS AND EQUIPMENT-HUSBAND | H | 100.00 |
| | | YARD TOOLS AND EQUIPMENT-WIFE | W | 100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS-HUSBAND | H | 10.00 |
| | | BOOKS-WIFE | W | 10.00 |
| | | PAINTINGS/ART-HUSBAND | H | 25.00 |
| | | PAINTINGS/ART-WIFE | W | 25.00 |
| 6. Wearing apparel. | | ASSORTED CLOTHING-HUSBAND | H | 50.00 |
| | | ASSORTED CLOTHING-WIFE | W | 50.00 |
| 7. Furs and jewelry. | | WEDDING RING-HUSBAND | H | 1,000.00 |
| | | WEDDING RING-WIFE | W | 1,000.00 |
| | | ASSORTED JEWELRY/WATCHES-HUSBAND | H | 100.00 |
| | | ASSORTED JEWELRY/WATCHES-WIFE | W | 100.00 |

Sub-Total > **4,670.00**
(Total of this page)

Sheet **1** of **4** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 HANDGUN-HUSBAND** | **H** | **250.00** |
| | | **CAMERA-HUSBAND** | **H** | **25.00** |
| | | **CAMERA-WIFE** | **W** | **25.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **GROUP TERM LIFE INSURANCE THROUGH EMPLOYER WILLIAM BEAUMONT HOSPITAL (WIFE)** | **W** | **1.00** |
| | | **TERM LIFE INSURANCE POLICY THROUGH EMPLOYER-HUSBAND** | **H** | **1.00** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **RETIREMENT SAVINGS PLAN THROUGH EMPLOYMER (TESPHE) MANAGED BY NATIONAL EMPLOYEE SERVICES CENTER (HUSBAND)** | **H** | **20,421.40** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **DEBTOR WIFE'S INTEREST IN BUSINESS-DBA LIA DEMARTIN (NOT A REGISTERED BUSINESS NAME, DORMANT)** | **W** | **1.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. Accounts receivable. | **X** | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | **X** | | | |

Sub-Total > **20,724.40**
(Total of this page)

Sheet **2** of **4** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2014 ESTIMATED INCOME TAX REFUNDS FEDERAL AND STATE (BASED ON AMOUNTS RECEIVED IN 2013, PRO-RATED FOR JANUARY-NOVEMBER. BASED ON PREVIOUS RETURNS HUSBAND BELIEVES HE WILL OWE AGAIN.)-HUSBAND** | **H** | **0.00** |
| | | **2014 ESTIMATED INCOME TAX REFUNDS FEDERAL AND STATE (BASED ON AMOUNTS RECEIVED IN 2013, PRO-RATED FOR JANUARY-NOVEMBER)-WIFE** | **W** | **281.38** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | **X** | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | **X** | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | **X** | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | **X** | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | **X** | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 CHRYSLER TOWN & COUNTRY MILEAGE=32,000 PAYMENT=$383.05 (HUSBAND ONLY ON TITLE) **SURRENDER**** | **H** | **15,844.00** |

Sub-Total > **16,125.38**
(Total of this page)

Sheet **3** of **4** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin,**
**Lia Lynn DeMartin**
, Debtors

Case No. **14-57596**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2011 FORD FOCUS MILEAGE=60,000 PAYMENT=$341.33 (HUSBAND ONLY ON TITLE)** | **H** | **6,537.00** |
| | | **2001 SKI-DOO SNOWMOBILE PAID IN FULL (HUSBAND IS JOINT ON SNOWMOBILE WITH MOM, ROSALIE DEMARTIN)** | **H** | **250.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | **X** | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | | **2 DOGS, FISH** | **J** | **100.00** |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **OCTOBER 2014 SETTLEMENT PAYMENT TO MIDLAND FUNDING FOR THE HOME DEPOT CREDIT CARD** | **W** | **1,185.00** |

Sub-Total > **8,072.00**
(Total of this page)

Total > **51,855.47**

Sheet **4** of **4** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **John Bruno DeMartin** , Debtors — Case No. **14-57596**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **DEBTORS' RESIDENCE 52414 FORD LANE CHESTERFIELD, MI 48047 SEV=84,550 PAYMENT=$1,528.17 (HUSBAND AND WIFE ARE JOINT ON DEED)** | **11 U.S.C. § 522(d)(1)** | **10,800.00** | **126,825.00** |
| **Cash on Hand** | | | |
| **CASH ON HAND-HUSBAND** | **11 U.S.C. § 522(d)(5)** | **10.00** | **10.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **SAVINGS ACCOUNT CREDIT UNION ONE ACCOUNT #***60871-S1 (HUSBAND ONLY ON ACCOUNT)** | **11 U.S.C. § 522(d)(5)** | **5.30** | **5.30** |
| **CHECKING ACCOUNT PNC BANK ACCOUNT #****7549 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT)** | **11 U.S.C. § 522(d)(5)** | **400.00** | **800.00** |
| **SAVINGS ACCOUNT PNC BANK ACCOUNT #****3765 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT)** | **11 U.S.C. § 522(d)(5)** | **217.50** | **435.01** |
| **SAVINGS ACCOUNT PNC BANK ACCOUNT #****8303 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT. ACCOUNT HAS A ZERO BALANCE)** | **11 U.S.C. § 522(d)(5)** | **0.00** | **0.00** |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD FURNITURE AND APPLIANCES-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **COMPUTER, PRINTER AND OFFICE FURNITURE-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **CELL PHONE-iPHONE 6 (HUSBAND)** | **11 U.S.C. § 522(d)(3)** | **400.00** | **400.00** |
| **BICYCLE-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **25.00** | **25.00** |
| **CARPENTERS TOOLS-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **25.00** | **25.00** |
| **LAWN MOWER-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **YARD TOOLS AND EQUIPMENT-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |

2 continuation sheets attached to Schedule of Property Claimed as Exempt



Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin** , Debtors Case No. **14-57596**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **BOOKS-HUSBAND** | **11 U.S.C. § 522(d)(5)** | **10.00** | **10.00** |
| **PAINTINGS/ART-HUSBAND** | **11 U.S.C. § 522(d)(5)** | **25.00** | **25.00** |
| **Wearing Apparel** | | | |
| **ASSORTED CLOTHING-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Furs and Jewelry** | | | |
| **WEDDING RING-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **ASSORTED JEWELRY/WATCHES-HUSBAND** | **11 U.S.C. § 522(d)(4)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **1 HANDGUN-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **250.00** | **250.00** |
| **CAMERA-HUSBAND** | **11 U.S.C. § 522(d)(3)** | **25.00** | **25.00** |
| **Interests in Insurance Policies** | | | |
| **TERM LIFE INSURANCE POLICY THROUGH EMPLOYER-HUSBAND** | **11 U.S.C. § 522(d)(7)** | **1.00** | **1.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **RETIREMENT SAVINGS PLAN THROUGH EMPLOYMER (TESPHE) MANAGED BY NATIONAL EMPLOYEE SERVICES CENTER (HUSBAND)** | **11 U.S.C. § 522(d)(10)(E)**<br>**11 U.S.C. § 522(d)(12)**<br>**11 U.S.C.§541(c)(2)** | **100%**<br>**100%**<br>**100%** | **20,421.40** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2014 ESTIMATED INCOME TAX REFUNDS FEDERAL AND STATE (BASED ON AMOUNTS RECEIVED IN 2013, PRO-RATED FOR JANUARY-NOVEMBER. BASED ON PREVIOUS RETURNS HUSBAND BELIEVES HE WILL OWE AGAIN.)-HUSBAND** | **11 U.S.C. § 522(d)(5)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2012 CHRYSLER TOWN & COUNTRY MILEAGE=32,000 PAYMENT=$383.05 (HUSBAND ONLY ON TITLE) **SURRENDER**** | **11 U.S.C. § 522(d)(5)** | **0.00** | **15,844.00** |
| **2011 FORD FOCUS MILEAGE=60,000 PAYMENT=$341.33 (HUSBAND ONLY ON TITLE)** | **11 U.S.C. § 522(d)(2)** | **3,675.00** | **6,537.00** |
| **2001 SKI-DOO SNOWMOBILE PAID IN FULL (HUSBAND IS JOINT ON SNOWMOBILE WITH MOM, ROSALIE DEMARTIN)** | **11 U.S.C. § 522(d)(5)** | **250.00** | **500.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin** , Case No. **14-57596**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** | | | |
| **2 DOGS, FISH** | **11 U.S.C. § 522(d)(3)** | **50.00** | **100.00** |
| | Total: | **55,910.20** | **174,588.71** |

Sheet **2** of **2** continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Lia Lynn DeMartin** Case No. **14-57596**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **DEBTORS' RESIDENCE 52414 FORD LANE CHESTERFIELD, MI 48047 SEV=84,550 PAYMENT=$1,528.17 (HUSBAND AND WIFE ARE JOINT ON DEED)** | **11 U.S.C. § 522(d)(1)** | **10,800.00** | **126,825.00** |
| **Cash on Hand** | | | |
| **CASH ON HAND-WIFE** | **11 U.S.C. § 522(d)(5)** | **10.00** | **10.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **SAVINGS ACCOUNT PNC BANK ACCOUNT #****3278 (WIFE IS JOINT WITH MINOR SON AS CUSTODIAN FOR UMIUTMA ACCOUNT)** | **11 U.S.C. § 522(d)(5)** | **2.38** | **4.76** |
| **CHECKING ACCOUNT PNC BANK ACCOUNT #****7549 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT)** | **11 U.S.C. § 522(d)(5)** | **400.00** | **800.00** |
| **PAYPAL ACCOUNT-WIFE** | **11 U.S.C. § 522(d)(5)** | **1.00** | **1.00** |
| **SAVINGS ACCOUNT PNC BANK ACCOUNT #****3765 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT)** | **11 U.S.C. § 522(d)(5)** | **217.51** | **435.01** |
| **SAVINGS ACCOUNT PNC BANK ACCOUNT #****8303 (HUSBAND AND WIFE ARE JOINT ON ACCOUNT. ACCOUNT HAS A ZERO BALANCE)** | **11 U.S.C. § 522(d)(5)** | **0.00** | **0.00** |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD FURNITURE AND APPLIANCES-WIFE** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **COMPUTER, PRINTER AND OFFICE FURNITURE-WIFE** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **CELL PHONE-iPHONE 6 (WIFE)** | **11 U.S.C. § 522(d)(3)** | **400.00** | **400.00** |
| **BICYCLE-WIFE** | **11 U.S.C. § 522(d)(3)** | **25.00** | **25.00** |
| **CARPENTERS TOOLS-WIFE** | **11 U.S.C. § 522(d)(3)** | **25.00** | **25.00** |
| **LAWN MOWER-WIFE** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |

**1** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Lia Lynn DeMartin** , Debtors  Case No. **14-57596**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| YARD TOOLS AND EQUIPMENT-WIFE | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| <u>Books, Pictures and Other Art Objects; Collectibles</u> | | | |
| BOOKS-WIFE | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| PAINTINGS/ART-WIFE | 11 U.S.C. § 522(d)(5) | 25.00 | 25.00 |
| <u>Wearing Apparel</u> | | | |
| ASSORTED CLOTHING-WIFE | 11 U.S.C. § 522(d)(3) | 50.00 | 50.00 |
| <u>Furs and Jewelry</u> | | | |
| WEDDING RING-WIFE | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| ASSORTED JEWELRY/WATCHES-WIFE | 11 U.S.C. § 522(d)(4) | 100.00 | 100.00 |
| <u>Firearms and Sports, Photographic and Other Hobby Equipment</u> | | | |
| CAMERA-WIFE | 11 U.S.C. § 522(d)(3) | 25.00 | 25.00 |
| <u>Interests in Insurance Policies</u> | | | |
| GROUP TERM LIFE INSURANCE THROUGH EMPLOYER WILLIAM BEAUMONT HOSPITAL (WIFE) | 11 U.S.C. § 522(d)(7) | 1.00 | 1.00 |
| <u>Stock and Interests in Businesses</u> | | | |
| DEBTOR WIFE'S INTEREST IN BUSINESS-DBA LIA DEMARTIN (NOT A REGISTERED BUSINESS NAME, DORMANT) | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| <u>Other Liquidated Debts Owing Debtor Including Tax Refund</u> | | | |
| 2014 ESTIMATED INCOME TAX REFUNDS FEDERAL AND STATE (BASED ON AMOUNTS RECEIVED IN 2013, PRO-RATED FOR JANUARY-NOVEMBER)-WIFE | 11 U.S.C. § 522(d)(5) | 281.38 | 281.38 |
| <u>Animals</u> | | | |
| 2 DOGS, FISH | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| <u>Other Personal Property of Any Kind Not Already Listed</u> | | | |
| OCTOBER 2014 SETTLEMENT PAYMENT TO MIDLAND FUNDING FOR THE HOME DEPOT CREDIT CARD | 11 U.S.C. § 522(d)(5) | 1,185.00 | 1,185.00 |
| | Total: | 15,809.27 | 132,504.15 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1600**<br>**CREDIT UNION ONE**<br>**400 E NINE MILE RD**<br>**FERNDALE, MI 48220** | | H | **2012**<br>**AUTO LOAN**<br>**2012 CHRYSLER TOWN & COUNTRY**<br>**MILEAGE=32,000**<br>**PAYMENT=$383.05**<br>**(HUSBAND ONLY ON TITLE)**<br>****SURRENDER****<br>Value $ **15,844.00** | | | | **21,332.00** | **5,488.00** |
| Account No. **3202**<br>**FORD CREDIT**<br>**P.O. BOX 542000**<br>**OMAHA, NE 68154** | | H | **2011**<br>**AUTO LOAN**<br>**2011 FORD FOCUS**<br>**MILEAGE=60,000**<br>**PAYMENT=$341.33**<br>**(HUSBAND ONLY ON TITLE)**<br>Value $ **6,537.00** | | | | **9,923.00** | **3,386.00** |
| Account No. **2637**<br>**GREEN TREE SERVICING**<br>**332 MINNESOTA ST. STE 610**<br>**SAINT PAUL, MN 55101-7707** | | J | **2006**<br>**MORTGAGE**<br>**DEBTORS' RESIDENCE**<br>**52414 FORD LANE**<br>**CHESTERFIELD, MI 48047**<br>**SEV=84,550**<br>**PAYMENT=$1,528.17**<br>**(HUSBAND AND WIFE ARE JOINT ON**<br>Value $ **126,825.00** | | | | **183,677.00** | **56,852.00** |
| Account No. **2145**<br>**NATIONAL EMPLOYEE SERVICES CENTER**<br>**PO BOX 199721**<br>**DALLAS, TX 75219** | | H | **2013**<br>**RETIREMENT PLAN LOAN**<br>**RETIREMENT SAVINGS PLAN**<br>**THROUGH EMPLOYMER (TESPHE)**<br>**MANAGED BY NATIONAL EMPLOYEE**<br>**SERVICES CENTER**<br>**(HUSBAND)**<br>Value $ **20,421.40** | | | | **7,957.60** | **0.00** |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | **222,889.60** | **65,726.00** |
| | | | Total (Report on Summary of Schedules) | | | | **222,889.60** | **65,726.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

.

In re **John Bruno DeMartin,**
**Lia Lynn DeMartin**
, Debtors

Case No. **14-57596**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8425**<br>**DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICES<br>CINCINNATI, OH 45999-0025** | | **J** | **2013**<br>**TAX DEBT** | | | | **1,800.00** | **0.00**<br>**1,800.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY / ENTITLED TO PRIORITY |
|---|---|---|
| Subtotal (Total of this page) | **1,800.00** | **0.00**<br>**1,800.00** |
| Total (Report on Summary of Schedules) | **1,800.00** | **0.00**<br>**1,800.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin,**
**Lia Lynn DeMartin**
, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx81-03**<br>**AES/NCT**<br>**1200 N. 7TH ST**<br>**HARRISBURG, PA 17102** | **X** | **J** | **2004**<br>**STUDENT LOAN** | | | | **4,125.00** |
| Account No. **xx81-04**<br>**AES/NCT**<br>**1200 N. 7TH ST**<br>**HARRISBURG, PA 17102** | **X** | **J** | **2005**<br>**STUDENT LOAN** | | | | **21,933.00** |
| Account No. **xx81-02**<br>**AES/NCT**<br>**1200 N. 7TH ST**<br>**HARRISBURG, PA 17102** | **X** | **J** | **2003**<br>**STUDENT LOAN** | | | | **23,733.00** |
| Account No. **x145S**<br>**AMEX**<br>**PO BOX 297871**<br>**FORT LAUDERDALE, FL 33329-7871** | | **H** | **2012**<br>**CREDIT CARD PURCHASES** | | | | **6,558.00** |

**9** continuation sheets attached

Subtotal (Total of this page) **56,349.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com S/N:33267-141010 Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x145S**<br>**AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329-7871** | | **J** | **2012<br>CREDIT CARD PURCHASES** | | | | **966.00** |
| Account No. **8425**<br>**ART VAN<br>RETAIL SERVICES<br>PO BOX 15521<br>Wilmington, DE 19850-5521** | | **J** | **2013<br>CREDIT CARD PURCHASE** | | | | **1,900.00** |
| Account No. **7001**<br>**AT&T<br>P.O. BOX 6416<br>CAROL STREAM, IL 60197** | | **W** | **2014<br>UNPAID BALANCE (COLLECTIONS)** | | | | **100.00** |
| Account No.<br>**IC SYSTEM INC<br>444 HIGHWAY 96 EAST<br>PO BOX 64887<br>ST. PAUL, MN 55164-0887** | | | **Representing:<br>AT&T** | | | | **Notice Only** |
| Account No. **x145S**<br>**BARCLAYS BANK DELAWARE<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337** | | **H** | **2013<br>CREDIT CARD PURCHASES** | | | | **688.00** |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,654.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors — Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8425**<br>**BEAUMONT HOSPITAL**<br>**750 STEPHENSON HIGHWAY**<br>**PO BOX 5042**<br>**TROY, MI 48007** | | **J** | **2014**<br>**MEDICAL SERVICE** | | | | **100.00** |
| Account No. **x425S**<br>**CAP ONE**<br>**26525 N RIVERWOODS BLVD**<br>**METTAWA, IL 60045** | | **W** | **2010**<br>**CREDIT CARD PURCHASES** | | | | **416.00** |
| Account No. **8425**<br>**CHILDRENS HOSPITAL**<br>**DEPT 138301**<br>**PO BOX 55000**<br>**DETROIT, MI 48255-1383** | | **J** | **2014**<br>**MEDICAL SERVICE** | | | | **100.00** |
| Account No. **3416**<br>**CITIBANK**<br>**PO BOX 6191**<br>**SIOUX FALLS, SD 57117-6191** | | **W** | **2014**<br>**CREDIT CARD PURCHASES (COLLECTIONS)** | | | | **349.00** |
| Account No.<br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**San Diego, CA 92123** | | | **Representing:**<br>**CITIBANK** | | | | **Notice Only** |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **965.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx36GC**<br>**CITIBANK**<br>**PO BOX 6191**<br>**SIOUX FALLS, SD 57117-6191** | | **W** | **2014**<br>**JUDGMENT** | | | | **1,579.13** |
| Account No.<br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**San Diego, CA 92123** | | | **Representing:**<br>**CITIBANK** | | | | **Notice Only** |
| Account No.<br>**WELTMAN, WEINBERG, & REIS,CO**<br>**LPA(NOTICE)**<br>**2155 BUTTERFIELD DR, STE 200**<br>**TROY, MI 48084** | | | **Representing:**<br>**CITIBANK** | | | | **Notice Only** |
| Account No. **x425S**<br>**COMENITY BANK/VCTRSSEC**<br>**PO BOX 182789**<br>**COLUMBUS, OH 43218** | | **W** | **2011**<br>**CREDIT CARD PURCHASES** | | | | **564.00** |
| Account No. **xx58-00**<br>**CREDIT UNION ONE**<br>**400 E NINE MILE RD**<br>**FERNDALE, MI 48220** | | **H** | **2013**<br>**UNSECURED LOAN** | | | | **8,679.00** |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,822.13**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors — Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0304**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2010**<br>**STUDENT LOAN** | | | | **16,373.00** |
| Account No. **1107**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2001**<br>**STUDENT LOAN** | | | | **1,474.00** |
| Account No. **0909**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2004**<br>**STUDENT LOAN** | | | | **1,771.00** |
| Account No. **0110**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2011**<br>**STUDENT LOAN** | | | | **2,562.00** |
| Account No. **0406**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2009**<br>**STUDENT LOAN** | | | | **16,736.00** |

Sheet no. **4** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **38,916.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0406**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2009**<br>**STUDENT LOAN** | | | | **8,564.00** |
| Account No. **0612**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2008**<br>**STUDENT LOAN** | | | | **15,390.00** |
| Account No. **0812**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2010**<br>**STUDENT LOAN** | | | | **4,634.00** |
| Account No. **0812**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2010**<br>**STUDENT LOAN** | | | | **1,351.00** |
| Account No. **0709**<br>**DPT ED/SLM**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2008**<br>**STUDENT LOAN** | | | | **2,925.00** |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **32,864.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x425S**<br>**FIRST PREMIER BANK**<br>**COLLECTIONS DEPT**<br>**PO BOX 5524**<br>**SIOUX FALLS, SD 57117-5524** | | **W** | **2008**<br>**CREDIT CARD PURCHASES** | | | | **349.00** |
| Account No. **5355**<br>**GE CAPITAL RETAIL BANK**<br>**PO BOX 960061**<br>**ORLANDO, FL 32896-0061** | | **W** | **2014**<br>**CREDIT CARD PURCHASES (COLLECTIONS)** | | | | **829.00** |
| Account No.<br>**MIDLAND FUNDING**<br>**8875 AERO DR STE 200**<br>**San Diego, CA 92123** | | | **Representing:**<br>**GE CAPITAL RETAIL BANK** | | | | **Notice Only** |
| Account No. **8844**<br>**GE CAPITAL RETAIL BANK**<br>**PO BOX 960061**<br>**ORLANDO, FL 32896-0061** | | **W** | **2014**<br>**CREDIT CARD PURCHASES (COLLECTIONS)** | | | | **344.00** |
| Account No.<br>**PORTFOLIO RECOVERY &**<br>**AFFILATES**<br>**120 CORPORATE BLVD., STE 100**<br>**NORFOLK, VA 23502** | | | **Representing:**<br>**GE CAPITAL RETAIL BANK** | | | | **Notice Only** |

Sheet no. **6** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,522.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8425**<br>**HENRY FORD HOSPITAL**<br>**Box 550115**<br>**DETROIT, MI 48255** | | **J** | **2014**<br>**MEDICAL SERVICE** | | | | **100.00** |
| Account No. **xx6816**<br>**LAW OFFICES OF TIMOTHY E BAXTER & ASSOC**<br>**PO BOX 2669**<br>**Farmington, MI 48333** | | **J** | **2014**<br>**CREDIT CARD PURCHASE** | | | | **1.00** |
| Account No. **5792**<br>**LOAN TO LEARN**<br>**21680 RIDGETOP CIR**<br>**STERLING, VA 20166-6590** | | **J** | **2006**<br>**STUDENT LOAN** | | | | **18,471.00** |
| Account No. **NOT PROVIDED AT TIME OF FILING**<br>**MIDLAND FUNDING LLC**<br>**8875 AERO DRIVE**<br>**SAN DIEGO, CA 92123** | | **W** | **2013**<br>**COLLECTION ON BEHALF OF THE HOME DEPOT CREDIT CARD** | | | | **1,185.00** |
| Account No.<br>**THD/CBSD**<br>**PO BOX 6497**<br>**SIOUX FALLS, SD 57117-6497** | | | **Representing:**<br>**MIDLAND FUNDING LLC** | | | | **Notice Only** |

Sheet no. **7** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **19,757.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**WELTMAN, WEINBERG, & REIS,CO LPA(NOTICE)**<br>**2155 BUTTERFIELD DR, STE 200**<br>**TROY, MI 48084** | | | **Representing:**<br>**MIDLAND FUNDING LLC** | | | | **Notice Only** |
| Account No. **9022**<br>**RECEIVABLE SOLUTIONS**<br>**P.O. BOX 6678**<br>**COLUMBIA, SC 29260** | | **H** | **2013**<br>**COLLECTION ON BEHALF OF MEDICAL SERVICES** | | | | **272.00** |
| Account No. **0716**<br>**SLM FINANCIAL GROUP**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2007**<br>**STUDENT LOAN** | | | | **7,794.00** |
| Account No. **0906**<br>**SLM FINANCIAL GROUP**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2006**<br>**STUDENT LOAN** | | | | **8,138.00** |
| Account No. **0906**<br>**SLM FINANCIAL GROUP**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2006**<br>**STUDENT LOAN** | | | | **5,548.00** |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,752.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0716**<br>**SLM FINANCIAL GROUP**<br>**11100 USA PKWY**<br>**Fishers, IN 46037** | | **W** | **2007**<br>**STUDENT LOAN** | | | | **5,548.00** |
| Account No. **0254**<br>**SOUTHWEST CREDIT SYSTESM LP**<br>**4120 INTERNATIONAL PKWY STE 1100**<br>**CARROLLTON, TX 75007-1958** | | **J** | **2014**<br>**CREDIT CARD PURCHASE** | | | | **534.59** |
| Account No. **1744**<br>**SPRINT**<br>**WRITTEN CORRESPONDENCE**<br>**PO BOX 8077**<br>**LONDON, KY 40742** | | **J** | **2014**<br>**CELL PHONE** | | | | **932.95** |
| Account No.<br>**TD BANK USA/TARGET CRED**<br>**PO BOX 673**<br>**Minneapolis, MN 55440** | | **W** | **2006**<br>**CREDIT CARD PURCHASES** | | | | **443.00** |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **7,458.54** |
| Total (Report on Summary of Schedules) | **194,059.67** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin, Lia Lynn DeMartin**, Debtors

Case No. **14-57596**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **John Bruno DeMartin,**
**Lia Lynn DeMartin**
Debtors

Case No. **14-57596**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DEBRA KUKLA**<br>**16062 ASPEN**<br>**Fenton, MI 48430** | **AES/NCT**<br>**1200 N. 7TH ST**<br>**HARRISBURG, PA 17102** |
| **DEBRA KUKLA** | **AES/NCT**<br>**1200 N. 7TH ST**<br>**HARRISBURG, PA 17102** |
| **DEBRA KUKLA** | **AES/NCT**<br>**1200 N. 7TH ST**<br>**HARRISBURG, PA 17102** |

**0** continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | John Bruno DeMartin |
| Debtor 2 (Spouse, if filing) | Lia Lynn DeMartin |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (If known) | 14-57596 |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

# Official Form B 6I

## Schedule I: Your Income

12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | LINE WORKER | PHYSICAL THERAPY TECH |
| **Employer's name** | FORD MOTOR COMPANY | WILLIAM BEAUMONT HOSPITAL |
| **Employer's address** | 37362 VAN BORN RD.<br>WAYNE, MI 48184 | 15979 HALL RD<br>MACOMB, MI 48044 |
| **How long employed there?** | 14 YEARS | 12 YEARS |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,385.85 | $ 1,790.14 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 4,385.85 | $ 1,790.14 |

Debtor 1 **John Bruno DeMartin**
Debtor 2 **Lia Lynn DeMartin**

Case number (*if known*) **14-57596**

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 4,385.85 | | $ 1,790.14 |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 877.15 | | $ 286.41 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 304.42 | | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 43.64 | | $ 0.00 |
| 5h. | **Other deductions.** Specify: AD&D | 5h.+ | $ 0.00 | + | $ 1.95 |
| | LIFE INSURANCE | | $ 32.76 | | $ 2.95 |
| | SICK AND ACCIDENT | | $ 0.00 | | $ 15.45 |
| | DEPENDENT LIFE INSURANCE | | $ 11.66 | | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,269.63 | | $ 306.76 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,116.22 | | $ 1,483.38 |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ 3,116.22 + $ 1,483.38 = $ 4,599.60

11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ 4,599.60
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1: **John Bruno DeMartin**

Debtor 2 (Spouse, if filing): **Lia Lynn DeMartin**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (If known): **14-57596**

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

**12/13**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ☐ No ■ Yes. Fill out this information for each dependent.............

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 2 1/2 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,550.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **250.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **40.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **0.00** |
| | 6d. Other. Specify: **CABLE/INTERNET** | 6d. $ | **150.00** |
| | **CELL PHONES** | $ | **146.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **100.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **150.00** |
| 10. | **Personal care products and services** | 10. $ | **55.00** |
| 11. | **Medical and dental expenses** | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **186.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **341.33** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **OIL CHANGES/TABS FOR AUTOS** | 21. +$ | **50.00** |
| | **PRESCRIPTIONS** | +$ | **100.00** |
| | **HAIRCUTS/GROOMING** | +$ | **60.00** |
| | **PET FOOD/VET** | +$ | **75.00** |
| | **DIAPERS** | +$ | **100.00** |
| | **NEWSPAPERS/BOOKS/MAGAZINES** | +$ | **45.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | **4,598.33** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **4,599.60** |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | **4,598.33** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **1.27** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

# United States Bankruptcy Court
## Eastern District of Michigan

In re **John Bruno DeMartin**
**Lia Lynn DeMartin**
Debtor(s)

Case No. **14-57596**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 25, 2014** Signature: **/s/ John Bruno DeMartin**
Debtor

Date **November 25, 2014** Signature: **/s/ Lia Lynn DeMartin**
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date

Signature:

[Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **John Bruno DeMartin**
**Lia Lynn DeMartin**
Debtor(s)

Case No. **14-57596**
Chapter **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$57,786.50** | **2014 YTD GROSS INCOME FROM EMPLOYMENT AT FORD MOTOR COMPANY (HUSBAND)** |
| **$18,672.92** | **2014 YTD GROSS INCOME FROM EMPLOYMENT AT WILLIAM BEAUMONT HOSPITAL (WIFE)** |
| **$79,916.00** | **2013 GROSS INCOME FROM EMPLOYMENT AT FORD MOTOR COMPANY (HUSBAND)** |
| **$19,621.00** | **2013 GROSS INCOME FROM EMPLOYMENT AT WILLIAM BEAUMONT HOSPITAL (WIFE)** |
| **$2,050.00** | **2013 GROSS INCOME FROM SELF-EMPLOYMENT AS SALES FOR STELLA AND DOT JEWELRY (HOME SHOWS) (NET LOSS=$-3,273.00)** |
| **$91,803.19** | **2012 GROSS INCOME FROM EMPLOYMENT AT FORD MOTOR COMPANY (HUSBAND)** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| AMOUNT | SOURCE |
|---|---|
| **$17,464.81** | **2012 GROSS INCOME FROM EMPLOYMENT AT WILLIAM BEAUMONT HOSPITAL (WIFE)** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,102.00** | **2014 YTD GROSS INCOME FROM UNEMPLOYMENT COMPENSATION (HUSBAND)** |
| **$3,330.00** | **2014 INCOME FROM 401K WITHDRAW (NOVEMBER)** |
| **$1,500.00** | **2014 INCOME FROM 401K LOAN (OCTOBER)** |
| **$6,578.00** | **2013 INCOME FROM PENSIONS AND ANNUITIES (HUSBAND)** |
| **$500.00** | **2013 INCOME FROM UNEMPLOYMENT COMPENSATION (HUSBAND)** |
| **$307.00** | **2013 INCOME TAX REFUND STATE (WIFE)** |
| **$8,410.00** | **2012 INCOME TAX REFUND FEDERAL (JOINT)** |

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC<br>PO BOX 542000<br>Omaha, NE 68154** | **AUGUST, SEPTEMBER AND OCTOBER 2014 VEHICLE PAYMENTS FOR THE 2011 FORD FOCUS** | **$1,023.99** | **$9,923.00** |
| **MIDLAND FUNDING LLC<br>8875 AERO DRIVE<br>SAN DIEGO, CA 92123** | **OCTOBER 2014 PAYMENT FOR THE HOME DEPOT CREDIT CARD** | **$1,185.00** | **$0.00** |
| **AES/NCT<br>1200 N. 7TH ST<br>HARRISBURG, PA 17102** | **AUGUST, SEPTEMBER, OCTOBER AND NOVEMBER STUDENT LOAN PAYMENTS** | **$1,731.60** | **$49,791.00** |
| **GREEN TREE SERVICING<br>332 MINNESOTA ST. STE 610<br>SAINT PAUL, MN 55101-7707** | **AUGUST, SEPTEMBER AND OCTOBER 2014 MORTGAGE PAYMENTS** | **$4,725.00** | **$183,677.00** |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MIDLAND FUNDING LLC VS. LIA DEMARTIN CASE #14-2136GC** | **CIVIL** | **42-2ND DISTRICT COURT 35071 23 MILE RD. NEW BALTIMORE, MI 48047** | **SUMMONS AND COMPLAINT AGAINST DEBTOR IN THE AMOUNT OF $1,534.13.** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **THE FRESH START CENTER LAW FIRM d/b/a KOSTOPOULOS & ASSOCIATES PLLC 30800 VAN DYKE AVE., SUITE 204 WARREN, MI 48093** | **OCTOBER 25, 2014** | **$1,389.00** |
| **THE FRESH START CENTER LAW FIRM d/b/a KOSTOPOULOS & ASSOCIATES PLLC 30800 VAN DYKE AVE., SUITE 204 WARREN, MI 48093** | **OCTOBER 25, 2014** | **$335.00 FOR FILING FEE** |
| **D.E.C.A.F. 114 GOLIAD ST BENBROOK, TX 76126-2009** | **OCTOBER 25, 2014** | **$25.00 FOR PRE-PETITION CREDIT COUNSELING SESSION** |
| **DAVE RAMSEY COUNSELING 1749 MALLORY LANE BRENTWOOD, TN 37027** | **OCTOBER 25, 2014** | **$50.00 FOR POST-PETITION CREDIT COUNSELING SESSION** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DBA LIA DEMARTIN** | **8424** | **52414 FORD LANE CHESTERFIELD, MI 48047** | **SALES FOR STELLA AND DOT JEWELRY (DORMANT, NOT A REGISTERED BUSINESS NAME, SOLD JEWELRY AT HOME SHOWS.)** | **2013** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **LEWIS TAX & ACCOUNTING SERVICE 37211 HARPER AVE. Clinton Township, MI 48036** | **ALL** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **LEWIS TAX & ACCOUNTING SERVICE** | **37211 HARPER AVE. Clinton Township, MI 48036** | **ALL** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **LEWIS TAX & ACCOUNTING SERVICE** | **37211 HARPER AVE.<br>Clinton Township, MI 48036** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **LEWIS TAX & ACCOUNTING SERVICE<br>37211 HARPER AVE.<br>Clinton Township, MI 48036** | **ALL** |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 25, 2014** Signature **/s/ John Bruno DeMartin**
**John Bruno DeMartin**
Debtor

Date **November 25, 2014** Signature **/s/ Lia Lynn DeMartin**
**Lia Lynn DeMartin**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Address

X

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person. A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **John Bruno DeMartin**
**Lia Lynn DeMartin**

Debtor(s)

Case No. **14-57596**
Chapter **7**

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R.BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

[ **X** ] **FLAT FEE**

| | | |
|---|---|---|
| A. | For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1,389.00** |
| B. | Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . | **1,389.00** |
| C. | The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **0.00** |

[ ] **RETAINER**

A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . __________

B. The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **335.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
E. Reaffirmations;
~~F. Redemptions;~~
G. Other:

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, preparation of reaffirmation agreements, appearances for Motions for Approval of Reaffirmation agreements, adjournments or any other adversary proceeding as stated in the fee agreement signed by client(s). Additional fees as stated in fee agreement signed by client(s).**

**For all chapter 13 cases: All post-confirmation attorney fees, if any, shall be paid as a Class One Administrative Expense.**

***Consistent with the 2016-b statement and the debtor(s) fee agreement with Kostopoulos & Associates PLLC., IF AT THE TIME OF CONFIRMATION, DEBTOR(S) ATTORNEY FEES EXCEED $3000.00, DEBTOR(S) ATTORNEY SHALL FILE A FEE APPLICATION. IF THE ORDER CONFIRMING PLAN PROVIDES FOR THE FILING OF ATTORNEY FEES BY APPLICATION, THEN FOR 30 DAYS FOLLOWING THE ENTRY OF THE ORDER CONFIRMING PLAN, THE TRUSTEE SHALL HOLD FROM DISTRIBUTION THE SUM OF $3000.00 AS A FUND FOR THE PAYMENT OF THE ATTORNEY FEES AND COSTS THAT SHALL BE DETERMINED BY THE COURT PURSUANT TO 11 U.S.C SECTION 330 AND LBR 2016-1(EDM). IF NO FEE APPLICATION HAS BEEN FILED WITHIN THIS 30 DAY PERIOD, THE RESERVED FUNDS WILL BE RELEASED FOR DISTRIBUTION TO CREDITORS. If a fee application is timely filed, the trustee shall continue to withhold the above-indicated sum until an order resolving the fee application has been entered with the Court. At that time, the Trustee shall distribute the withheld funds according to the terms of the plan ad the order granting/denying fees. Client(s) initials:**__________

6. The source of payments to the undersigned was from:

A. **XX** Debtor(s)' earnings, wages, compensation for services performed
B. _____ Other (describe, including the identity of payor) ____________________

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **November 25, 2014**

**/s/ A. RITA KOSTOPOULOS**
Attorney for the Debtor(s)

**A. RITA KOSTOPOULOS P63178**
**The Fresh Start Center Law Firm**
**d/b/a KOSTOPOULOS & ASSOCIATES PLLC**
**30800 Van Dyke Suite 204**
**Warren, MI 48093**
**586-574-0916 law@kostopouloslawyers.com**
**www.go4bankruptcy.com**

Agreed: **/s/ John Bruno DeMartin**
**John Bruno DeMartin**
Debtor

**/s/ Lia Lynn DeMartin**
**Lia Lynn DeMartin**
Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re **John Bruno DeMartin**
**Lia Lynn DeMartin**
Debtor(s)

Case No. **14-57596**
Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**John Bruno DeMartin**
**Lia Lynn DeMartin**
Printed Name(s) of Debtor(s)

Case No. (if known) **14-57596**

X **/s/ John Bruno DeMartin** **November 25, 2014**
Signature of Debtor Date

X **/s/ Lia Lynn DeMartin** **November 25, 2014**
Signature of Joint Debtor (if any) Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re **John Bruno DeMartin**
**Lia Lynn DeMartin**

Debtor(s)

Case No. **14-57596**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **November 25, 2014** **/s/ John Bruno DeMartin**
**John Bruno DeMartin**
Signature of Debtor

Date: **November 25, 2014** **/s/ Lia Lynn DeMartin**
**Lia Lynn DeMartin**
Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy